

**U.S. Department of Justice**

United States Marshals Service

*Northern District of Florida*

*111 N. Adams Street #277*
*Tallahassee, FL  32301*

July 23, 2026

Clerk, U.S. District Court
Northern District of Florida
111 N Adams Street, 3rd Floor
Tallahassee, FL  32301

Re:  4:26cv2-AW/MJF
      Brian Junior Rahim vs. D. Billip and Matthews

Dear Sir,

This is to advise the court that Plaintiff Brian Rahim provided the US Marshals Service with a check in the amount of $16.00 to effect service on the two named defendants, Billip and Matthews as instructed per Order, dated 6/17/26 (Doc. 23).  This check was received at the same time and in the same envelope as the $15.00 check for the Clerk of Court for the costs of copying his 3rd amended complaint.  Please advise if the US Marshals Service should serve the two defendants.  Don't hesitate to contact me at (850) 404-5404 or Julie.White2@usdoj.gov if you have any questions.

Sincerely,

*Julie White*

Julie White
Administrative Officer
U.S. Marshals Service, N/FL

FILED USDC FLND TL
JUL 29 '26 AM8:34

BF